WILLIAM G. WOOD, Respondent, *v.* WALTER W. TAYLOR,
Appellant.

APPEAL by defendant from judgment sustaining plaintiff's demurrer to defendant's answer.

For opinion below, see 9 Misc. Rep. 640.

*A. W. Birkins,* for appellant.

*J. C. De La Mare,* for respondent.

*Per Curiam.* The judgment should be affirmed, with costs, upon the opinion filed by the learned judge below.

Present : FREEDMAN and GILDERSLEEVE, JJ.
Judgment affirmed, with costs.